```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01489
    GILBERT THOMAS MAYON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-1102


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/23/08 .

    2.  The case was dismissed without confirmation, 08/15/2008.

    3.  The Debtor paid a total of $   4234.00 .


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
US BANK NATIONAL ASSOCIA  CURRENT MORTG           .00              .00          .00
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE    NOT FILED              .00          .00
CITY OF NAPERVILLE        UNSECURED        NOT FILED              .00          .00
COMCAST                   UNSECURED        NOT FILED              .00          .00
DUPAGE COUNTY             UNSECURED        NOT FILED              .00          .00
ENTERPRISE LEASING CO     UNSECURED        NOT FILED              .00          .00
FIRST PREMIER BANK        UNSECURED        NOT FILED              .00          .00
FINANCIAL CONTROL SYSTEM  UNSECURED        NOT FILED              .00          .00
CREDIT MANAGEMENT CONTRO  UNSECURED        NOT FILED              .00          .00
PROFESSIONAL PLACEMENT S  UNSECURED        NOT FILED              .00          .00
NET FIRST NATL BANK       UNSECURED        NOT FILED              .00          .00
NICOR GAS                 UNSECURED        NOT FILED              .00          .00
PLAINS COMMERCE BANK      UNSECURED        NOT FILED              .00          .00
ST JOSEPHS MEDICAL CENTE  UNSECURED        NOT FILED              .00          .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED              .00          .00
TIME WARNER CABLE         UNSECURED        NOT FILED              .00          .00
US DEPT OF EDUCATION      UNSECURED              .00              .00          .00
AMERICAN FAMILY FINANCIA  UNSECURED        NOT FILED              .00          .00
            Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED     .00           .00           .00         .00          .00
PRINCIPAL PAID         .00           .00           .00         .00          .00
INTEREST PAID          .00           .00           .00         .00          .00
TOTAL PAID             .00           .00           .00         .00          .00
The Debtor's attorney, MELVIN J KAPLAN                , was allowed $   3774.00
and was paid $  3774.00   direct and $     .00  through the plan.

The Trustee received $      .00 .

Refunds to the Debtor totaled $   4234.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE  2
        CASE NO. 08 B 01489 GILBERT THOMAS MAYON